UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-MJ-01683-JG

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| HOUCINE BECHIR GHOUL | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry number **20** be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

Dated: September 5, 2017

_____
Robert T. Numbers, II
United States Magistrate Judge